**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:    CARON WIRTH**                :Bankruptcy No. 24-10158
:
:
**Debtor**                                : **Chapter 13**

### O R D E R

AND NOW, this       day of           , 2022, upon consideration of the movant's Motion for Relief from the Automatic Stay, Debtor's answer thereto and after opportunity for a hearing, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN