```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     CARON WIRTH                :Bankruptcy No. 24-10158
                                      :
                                      :
           Debtor                     : Chapter 13
```

### CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter do hereby certify that I sent to the Trustee and all interested parties in the above captioned case, a true and correct copy of the Debtor's Answer to the Motion for Relief by first class mail or electronic mail on May 13, 2024.

/Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102