## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>Caron L. Wirth<br>　　Debtor | Case No. 24-10158-amc |
| M&T Bank,<br>　　Movant | Chapter 13 |
| vs.<br>Caron L. Wirth<br>　　And<br>DAVID H WIRTH,  (NON-FILING CO-DEBTOR)<br>　　Respondents | 11 U.S.C. §362 and §1301 |

### AMENDED ORDER MODIFYING SECTION §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

  Upon consideration of the Movant of M&T Bank (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

  **ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

  **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 Co-Debtor Stay is granted with respect to 1718 Towne Drive, West Chester, PA 19380 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

  **ORDERED** that the Trustee is directed to cease making any further distributions to the Movant; and it is further:

  **ORDERED** that Rule 4001(a)(3) is not applicable and M&T Bank may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

  **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

Date:  Nov. 8, 2024

_____
Ashely M Chan
CHIEF BANKRUPTCY JUDGE